UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   08-cr-00147-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  CHRISTOPHER L. WAGONER,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      The Government shall file a response to Defendant's Motion to Dismiss for Violation of Speedy Trial Rights, filed September 26, 2011 [ECF No. 18]; and Defendant's Motion to Dismiss Indictment's Multiplicitous Counts, filed September 26, 2011 [ECF No. 19] on or before **Friday, October 14, 2011**.  Defendant may file a reply on or before **Monday, October 24, 2011**.

      A hearing on the motions shall take place on **Monday, October 31, 2011, at 10:00 a.m.**

      In light of the filing of Defendant's motions, the 3-day jury trial set for Monday, November 7, 2011, at 9:00 a.m., and all pre-trial motions deadlines are **VACATED**.

      Dated:  September 27, 2011.