UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   08-cr-00147-WYD

UNITED STATES OF AMERICA,

　　　Plaintiff,

v.

1.  CHRISTOPHER L. WAGONER,

　　　Defendant.

---

## ORDER DISMISSING INDICTMENT

---

　　　This matter is before the Court on Defendant's Motion to Dismiss for Violation of Speedy Trial Rights, filed September 26, 2011 [ECF No. 18].  Therein, Defendant contends that because he was not arrested and brought before the Court for approximately forty months after he was indicted, his Sixth Amendment right to a Speedy Trial was violated.  *See* U.S. Const. amend. VI; *Barker v. Wingo*, 407 U.S. 514, 530 (1972); *United States v. Seltzer*, 595 F.3d 1170, 1176 (10th Cir. 2010).  The Government filed a response to the motion on October 13, 2011, stating that it agrees with Defendant's contention and moving to dismiss the Indictment.  Upon review of the motion, response, and file in this matter, it is hereby

　　　ORDERED that Defendant's Motion to Dismiss for Violation of Speedy Trial Rights, filed September 26, 2011 [ECF No. 18] is **GRANTED** and the Indictment in this case is hereby **DISMISSED**.  It is

FURTHER ORDERED that the motions hearing set for Monday, October 31, 2011, at 10:00 a.m. is **VACATED**.

Dated:  October 24, 2011.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL
CHIEF U. S. DISTRICT JUDGE